George L. Mahr III, Esq.
MAHR & MAHR, LLC
80 Main Street
P.O. Box 534
Madison, NJ 07940
Phone No.: (973) 377-1961
Fax No.:  (973) 377-3705
*Attorneys for the Plaintiff Joseph Bouvier*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| JOSEPH BOUVIER, | Civil Action No. 2:14-cv-02779-JLL-JAD |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| JASON GALTIERI; and ROTHCHILD AND ASSOCIATES LLC, | |
| Defendants. | |

**THIS MATTER** having been opened to the Court on the application, pursuant to Fed R. Civ. P. 55(b)(2), of Plaintiff Joseph Bouvier, by and through his attorneys, Mahr and Mahr, LLC (George L. Mahr, III, Esq., appearing); and it appearing that the Summons and Complaint in this action has been duly served on Defendant Jason Galtieri, on May 29, 2014; and

**IT FURTHER APPEARING** that said Defendant Jason Galtieri has failed to plead or otherwise defend in this action; and

**IT IS FURTHER APPEARING** that Default has previously been Entered by the Clerk of the Court on August 26, 2014; and after the Court having considered the papers filed in this matter; and after the Court having considered the Supporting Certification of George L. Mahr, III, Esq., attaching documentation supporting Plaintiff's damages, court costs and attorneys fees;

1

*no opposition having been filed*

and ~~the Court having considered any opposition thereto, if any; and after hearing Oral A~~rgument

~~of the parties in this matter, if a~~ny; and for good cause having been shown;

IT IS  ON THIS ___5___ day of __November___ 2014,

**ORDERED** as follows:

1.      A Default Judgment is hereby entered in favor of the Plaintiff, Joseph Bouvier against Defendant, Jason Galtieri in the amount of $385,000.00, plus legal interest;

2.      Defendant Jason Galtieri is indebted for and shall pay Plaintiff's Attorneys Fees and Court Costs in the amount of $13,500.00, directly to Mahr and Mahr, LLC's Attorney Trust Account within 30 days of the date of this Order, and after 30 days, legal interest shall be applied;

3.      A true copy of this Order shall be served upon all parties in this matter within ___3___ days of the date of this Order.

_____ Opposed

___✓___ Unopposed

_____
Jose L. Linares, U.S.D.J.